**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DAVID SEYMOUR,

                Respondent

                v.

KAREN DEVINE,

                Petitioner

:  No. 95 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.